NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENZIE WILSON PRICE,**

*Plaintiff-Appellant*

**v.**

**NETFLIX, INC., DENNIS LIU, JASON PIPERBERG, MICHAEL B. JORDAN, CHARLES D. KING, CAROL BARBEE, KIM ROTH, POPPY HANKS, KENNY GOODMAN, OUTLIER SOCIETY LLC, MACRO MEDIA LLC,**

*Defendants-Appellees*

---

2026-1343

---

Appeal from the United States District Court for the Central District of California in No. 2:22-cv-04568-JAK-PD, Judge John A. Kronstadt.

---

**O R D E R**

Before DYK, REYNA, and HUGHES, *Circuit Judges*.

PER CURIAM.

In response to this court's show cause order, the parties correctly note that we lack jurisdiction over this copyright infringement case.  *See* 28 U.S.C. § 1295.  While appellees

urge dismissal, we deem it the better course to transfer to the United States Court of Appeals for the Ninth Circuit.[1]

Accordingly,

IT IS ORDERED THAT:

This appeal and all case filings are transferred to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 15, 2026
    Date

---

[1]    The court notes that the parties dispute the timeliness of this appeal: Netflix contends this appeal is untimely because it appears the district court's clerk's office received Mr. Wilson Price's notice of appeal outside the statutory time to appeal, while Mr. Wilson Price argues the appeal is timely because he purports to have emailed a notice of appeal to the district court judge's chambers within that time, to which Netflix responds with out-of-circuit case law indicating that such an email is insufficient. Under the circumstances, we deem it the better course to transfer, leaving it to the Ninth Circuit to assess the parties' arguments as to timeliness.